In the Matter of the Application of The People of the State of New York, by George S. Van Schaick, as Superintendent of Insurance, Respondent, for an Order to Take Possession of the Lawyers Mortgage Company, Respondent.

Simon Borg & Company et al., Appellants, Impleaded with Others.

(Submitted October 1, 1934; decided October 9, 1934.)

*George A. Spiegelberg* and *Harry W. Mack* for motion.
*Milton B. Ignatius* and *Joseph S. Catalano* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that the order is not final.